## Wainright v. Townsley and others.

Issue on plea of covenants performed; defendant cannot on the ground
that the suit is not brought by proper parties, exclude an instru-
ment which is correctly described in the declaration.

JUDGE TAYLOR delivered the opinion of the Court.

In this case the only assignment of error is on the bill
of exceptions. The action was covenant. Defendant

Wainright
v
Townsley    and
others.

plead covenants performed, and on the trial objected to the admission of the instrument offered in evidence as the foundation of the action.

The instrument is correctly set out in the declaration, but it is insisted that the suit was not correctly brought. The covenant appears to have been between the heirs of Eslava, by their attorney in fact, and the defendant. The action was by Townsley, in right of his wife Gertrude, formerly Gertrude Eslava, Miguel D., Jerome and Joaquim Eslava, heirs at law of Miguel Eslava. It is contended that Townsley could not maintain the action in right of his wife, but that she ought to have joined in it. The defendant, by pleading performance of the covenants, could not be permitted to exclude any testimony which went directly to the issue on that plea. He might have demurred or sought his remedy otherwise. As this is the only assignment, the judgement must be affirmed.

THE CHIEF JUSTICE not sitting.

ACRE, for plaintiff.

HITCHCOCK, for defendant in error.